# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERV JACOBS,

    Plaintiff

v.

RENO POLICE DEPARTMENT, et al.,

    Defendants

Case No.: 3:22-cv-00351-ART-CSD

**Order**

    Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint referenced an address on Record Street. However, Plaintiff's application to proceed *in forma pauperis* (IFP) and complaint were mailed from the WCDF, and Plaintiff did not file a change of address to indicate he was no longer in custody at the WCDF. Therefore, the court assumed Plaintiff was still in the custody of the WCDF. As such, he was required to include a financial certificate and certified copy of his inmate account statement with his IFP application. The court gave Plaintiff until October 17, 2022, to file a completed IFP application with the required documents or pay the full $402 filing fee (the $350 filing fee and $52 administrative fee). When that was completed, the court indicated it would screen his complaint.

    To date, Plaintiff has neither filed a completed IFP application nor paid the filing fee.

    In an abundance of caution, the court will require the Clerk to **SEND** a copy of its order (ECF No. 4) on Plaintiff at the Record Street address noted on the first page of the complaint. Plaintiff has **21 days** from the date of this Order to file a notice of change of address indicating his current address. Also within **21 days** of the date of this Order, if he is out of custody, Plaintiff must file an updated IFP application for a non-inmate or pay the $402 filing fee. If he is in

custody, he must file an updated IFP application along with the required financial certificate and inmate trust account statement. If Plaintiff fails to comply with this order, it will be recommended that this action be dismissed.

**IT IS SO ORDERED**.

Dated: November 7, 2022

_____
Craig S. Denney
United States Magistrate Judge