AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERV A. JACOBS,

        Plaintiff,

v.

RENO POLICE DEPARTMENT, *et al*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:22-cv-00351-ART-CSD

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court **enter judgment** accordingly and **close** this case.



Date: February 28, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*